Form ntcreaf

## UNITED STATES BANKRUPTCY COURT
District of Maryland

Baltimore Division
101 West Lombard Street, Ste. 8530
Baltimore, MD 21201

Bankruptcy Proceeding No.:  09−16292
Judge:  James F. Schneider

In Re:    Steven L. Meyer and Jennifer Meyer
          Debtor(s)

PLEASE TAKE NOTICE that a Reaffirmation Agreement hearing will be held

at 101 W. Lombard Street, Courtroom 9−C, Baltimore, MD 21201

on 9/14/09 at 10:00 AM

to consider and act upon the following:

15 − Reaffirmation Agreement, and Declaration of Counsel, Between Debtor and Wells Fargo Financial Maryland, Inc., Filed by Wells Fargo Financial Maryland, Inc.. (Roy, Denise)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 7/30/09

Mark D. Sammons, Clerk of Court
by Deputy Clerk, N Bullock 410−962−7466